UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>JASWANT SINGH GILL,<br><br>          Defendant. | Case No. 2:25-CR-0012-TLN<br><br>ORDER RE: DEFENDANT'S UNOPPOSED REQUEST TO CONTINUE DISPOSITIONAL HEARING<br><br>Date: April 2, 2026<br>Time: 9:30 a.m.<br>Judge:Troy L. Nunley |

The Court, having considered Defendant's Unopposed Request to Continue the Dispositional Hearing, and good cause appearing, orders as follows:

1.    The dispositional hearing currently set for April 2, 2026 is VACATED.

2.    The dispositional hearing is RESET for July 16, 2026, at 9:30 a.m. before Chief District Judge Troy L. Nunley.

IT IS SO ORDERED.

Dated: March 5, 2026

_____
Troy L. Nunley
Chief United States District Judge

1