ERIC GRANT
United States Attorney
NCHEKUBE ONYIMA
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>JASWANT SINGH GILL,<br><br>                    Defendant. | CASE NOS.  2:25-CR-00272-TLN<br>                        2:25-CR-0012-TLN<br><br>STIPULATION TO CONTINUE JUDGMENT AND SENTENCING AND DISPOSITIONAL HEARING AND ORDER<br><br>DATE: July 16, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its attorney of record, Nchekube Onyima, Special Assistant United States Attorney, and defendant Jaswant Singh Gill, both individually and by and through his counsel of record, Candice L. Fields, hereby stipulate as follows:

1.      By previous order the matter in case 2:25-CR-00272 was set for judgement and sentencing on July 16, 2026, (ECF 19) and the matter in case 2:25-CR-0012 was set for dispositional hearing on July 16, 2026, (ECF 16).

2.      On June 3, 2026, defense counsel informed government's counsel that the defendant has a psychological assessment scheduled for June 24, 2026, and that the results of the assessment would not be available for at least eight weeks after the assessment date.

3.      By this stipulation, the parties now move to continue the Judgment and Sentencing in case 2:25-CR-00272 and the Dispositional hearing in case 2:25-CR-0012 to October 15, 2026, to allow

STIPULATION TO CONTINUE                                      1

the results of the psychological assessment to be included in probation's dispositional memorandum, and final pre-sentence report.

4.     Counsel has confirmed with the probation officer that she is able to meet the modified proposed timeline for the PSR and available for the scheduled sentencing and dispositional hearings.

IT IS SO STIPULATED.

ERIC GRANT
United States Attorney

Dated:  June 4, 2026

/s/Nchekube Onyima
NCHEKUBE ONYIMA
Special Assistant United States Attorney

Dated:  June 4, 2026

/s/Candice L. Fields
CANDICE L. FIELDS
Counsel for Defendant
Jaswant Singh Gill

**ORDER**

**IT IS HEREBY ORDERED** that the Judgment and Sentencing in case 2:25-CR-00272 and Dispositional Hearing 2:25-CR-0012 scheduled for July 16, 2026, at 9:30 a.m. are both continued to **October 15, 2026, at 9:30 a.m.**

The schedule of disclosure for the PSR is as follows: Informal Objections to the Presentence Report are due September 17, 2026, Final Presentence Report is due September 24, 2026, Formal Objections are due on October 1, 2026, Reply/Statement of Non-opposition is due on October 8, 2026, and the Judgment and Sentencing is set for October 15, 2026.

DATED: June 5, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE