UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JASWANT SINGH GILL,<br>Defendant. | Case No. 2:25-CR-00012-TLN<br><br>ORDER RE: DEFENDANT'S UNOPPOSED REQUEST TO CONTINUE DISPOSITIONAL HEARING<br><br>Date: October 15, 2026<br>Time: 9:30 a.m.<br>Judge: Troy L. Nunley |

The Court, having considered Defendant's Unopposed Request to Continue the Dispositional Hearing, and good cause appearing, orders as follows:

1. The dispositional hearing currently set for October 15, 2026 is VACATED.
2. The dispositional hearing is RESET for January 21, 2027, at 9:30 a.m. before Chief District Judge Troy L. Nunley.

IT IS SO ORDERED.

Dated: October 1, 2026

Troy L. Nunley
Chief United States District Judge